UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HELEN WILD,

    Plaintiff,

v.                                                                        Case No. 3:23-cv-986-BJD-LLL

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 35; Report), entered by the Honorable Laura Lothman, United States Magistrate Judge. In the Report, the Magistrate Judge considered Defendant's Motion for Final Summary Judgment on the Administrative Record (Doc. 24); Plaintiff's Dispositive Brief in Support of her Complaint (Doc. 27); and the briefing related thereto. Ultimately, the Magistrate Judge recommended that Defendant's Motion be granted and Plaintiff's Motion be denied. Plaintiff filed an objection (Doc. 36), to which Defendant responded (Doc. 38).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is

not required to conduct de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). If, on the other hand, a party files an objection, the district judge must conduct a de novo review of the portions of a magistrate judge's report and recommendation to which the party objects. Kohser v. Protective Life Corp., 649 F. App'x 774, 777 (11th Cir. 2016); 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3) (on dispositive matters, "the district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to"). The Court reviews de novo the Magistrate Judge's proposed findings of fact and legal conclusions to which Defendant objected. 28 U.S.C. § 636(b)(1).  After de novo review, the Report is due to be adopted.

Accordingly, after due consideration, it is

**ORDERED:**

    1.    Plaintiff's Objection to the Report (Doc. 36) is **OVERRULED**.

    2.    The Magistrate Judge's Report and Recommendation (Doc. 35) is **ADOPTED** as the opinion of the Court.

    3.    Plaintiff's Dispositive Brief in Support of her Complaint (Doc. 27) is **DENIED**.

    4.    Defendant's Motion for Final Summary Judgment on the Administrative Record (Doc. 24) is **GRANTED**.

5. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 26th day of March, 2025.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -